**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Gerald R. Williams, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2021-000783

———

Appeal from Saluda County
Debra R. McCaslin, Circuit Court Judge

———

Memorandum Opinion No. 2026-MO-002
Submitted January 7, 2026 – Filed April 15, 2026

———

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———

Appellate Defender Gary Howard Johnson, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Brian Hollis Gibbs, both of Columbia, for Respondent.

———

**PER CURIAM:**  We granted certiorari to review the order of the PCR court in the above-captioned matter dismissing Petitioner's application for PCR.  After careful consideration, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., JAMES, HILL and VERDIN, JJ., concur. FEW, J., not participating.**